MINUTES OF CHAPTER 12 §341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
5/12/17 11:54 am
CLERK
U.S. BANKRUPTCY COURT - WDPA

Case Name: __Kotlar_____ JAD/TPA/(CMB)/GLT
Date of Meeting: __5/8/17__
Case Number: __17-20850__ Recording # __16__
Debtor(s) present __✓__ or Not Present____ (__No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present____)
Date of Plan at § 341: __3/30/17__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Warmbrodt - Toyota Credit

__X__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                              _____ Order to Show Cause Requested
                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
      _____ 341 Meeting OR __X__ Conciliation Conf. OR _____ *Contested Hearing
      On __6/8/17__ at __2:30__ am/pm Location __3250__

_____
Jana S. Paul
Chapter 13 Trustee/Attorney for Trustee