# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Kotlar<br>　　　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　　v.<br>Michael Kotlar<br>　　　　　　　Respondent<br>　　　　and<br>Dina Kotlar<br>　　　　　　　Additional Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | BK. NO. 17-20850 CMB<br><br>CHAPTER 13 |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 & 1301 AUTOMATIC STAY & CO-DEBTOR STAY

AND NOW, this 27th day of November, 2017, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 DODGE AVENGER, VIN: 1C3CDZAB6DN591986, in a commercially reasonable manner.

_____
United States Bankruptcy Judge    dms

cc: See attached service list:


FILED
11/27/17 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Michael Kotlar
1525 Meadow Avenue
Monessen, PA 15062

Dina Kotlar
1525 Meadow Avenue
Monessen, PA 15062

Michael S. Geisler Esq.
201 Penn Center Blvd
Suite 524
Pittsburgh, PA 15235
m.s.geisler@att.net

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-20850-CMB
Michael Kotlar                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                Page 1 of 1              Date Rcvd: Nov 27, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +Michael Kotlar,    1525 Meadow Avenue,    Monessen, PA 15062-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Monessen jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Michael S. Geisler    on behalf of Debtor Michael  Kotlar m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Creditor    Corning Credit Union m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6