# PROCEEDING MEMO

Date: 02/14/2018 10:00 am

In re: Michael Kotlar

Bankruptcy No. 17-20850-CMB
Chapter: 13
Doc. # 43

**Appearances:**

**Movant(s):** James Valecko, Esq. for Corning Credit Union

**Respondent(s):** Michael Geisler, Esq. for Debtor
Winnecour / ~~Pail / Katz~~

**Creditor(s):**

**Nature of Proceeding:** # 43 Motion for Relief from Stay

**Additional Pleadings:** #45 Notice of Hearing
#46 Debtor's Resonse

**Judge's Notes:** Debtor's counsel indicated he does not oppose motion for relief. Trustee moved for dismissal of the case.

**Outcome:** Court granted relief from automatic stay. Due to trustee's motion, case is dismissed without prejudice.

___Motion is GRANTED___Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

FEB 1 4 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA