**Form 225**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael Kotlar**
Debtor(s)

Bankruptcy Case No.: 17−20850−CMB

Chapter: 13
Docket No.: 50

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: February 14, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-20850-CMB
Michael Kotlar                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dsaw              Page 1 of 1            Date Rcvd: Feb 14, 2018
                               Form ID: 225            Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Michael Kotlar,    1525 Meadow Avenue,    Monessen, PA 15062-2225
14392222       +City of Monessen,    1 Wendell Ramey Lane, #400,    Monessen, PA 15062-2346
14676490       +City of Monessen,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14376131       +Corning Credit Union,    One Credit Union Plaza,    P.O. Box 1450,    Corning, NY 14830-1050
14376132       +Keri P. Ebeck, Esquire,    Weltman Weinberg & Reis Co., LPA,    436 7th Avenue, Suite 2500,
                 Pittsburgh, PA 15219-1842
14392224       +Mon Valley Sewage,    20 S. Washington Street,    Donora, PA 15033-1394
14410284       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14392225       +Waste Management,    1001 Fannin Street,    Houston, TX 77002-6717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14638499       +EDI: AIS.COM Feb 15 2018 01:43:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Corning Credit Union
cr              Toyota Motor Credit Corporation
cr*            +City of Monessen,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14392221       ##+Auth. of the Borough of Charleroi,    3 McKean Avenue,    Charleroi, PA 15022-1436
14392223       ##Comcast,    610 Epsilon Drive,    Pittsburgh, PA 15238-2975
                                                                                         TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Corning Credit Union jvalecko@weltman.com,
               jbluemle@weltman.com
              James R. Wood    on behalf of Creditor    City of Monessen jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Michael S. Geisler    on behalf of Debtor Michael  Kotlar m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```