WWR # 21347932

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael Kotlar ) | Bankruptcy No. 17-20850-CMB |
|     Debtor ) | |
| ) | Chapter 13 |
| Corning Credit Union ) | |
|     Movant ) | *RE Doc. 43* |
| ) | |
| v. ) | |
| ) | |
| Michael Kotlar ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
|     Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause came on for hearing this _14th_ day of _February_, 2018, in said District, upon the Motion of Corning Credit Union for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Corning Credit Union, Movant herein, is a creditor of a certain Note with the Debtor secured by a Mortgage on the real property located at 1525 Meadow Avenue, Monessen, PA 15062; that the Movant has not been adequately protected; that the Debtor has equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Corning Credit Union be and is hereby granted relief from the Automatic Stay to take the necessary steps to foreclose its mortgage referenced herein.

                                                                    _____
                                                                     Honorable Carlota M. Bohm
                                                                     United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20850-CMB
Michael Kotlar                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1           Date Rcvd: Feb 14, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Michael Kotlar,    1525 Meadow Avenue,    Monessen, PA 15062-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Corning Credit Union jvalecko@weltman.com,
               jbluemle@weltman.com
              James R. Wood    on behalf of Creditor    City of Monessen jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Michael S. Geisler    on behalf of Debtor Michael  Kotlar m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6