**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL KOTLAR

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-20850

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/05/2017  and confirmed on 06/13/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 2,900.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,900.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 738.35 | |
|    Trustee Fee | 124.40 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 862.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CORNING CREDIT UNION | 1,727.25 | 1,727.25 | 0.00 | 1,727.25 |
|    Acct: 7197 | | | | |
| WELTMAN WEINBERG & REIS CO LPA (FC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CORNING CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7197 | | | | |
| CITY OF MONESSEN (TRASH) | 140.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0251 | | | | |
| CITY OF MONESSEN (TRASH) | 435.92 | 0.00 | 0.00 | 0.00 |
|    Acct: 0251 | | | | |
| CITY OF MONESSEN (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0096 | | | | |
| CITY OF MONESSEN (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0096 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2096 | | | | |
| | | | | 1,727.25 |

Priority

| 17-20850 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL KOTLAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 738.35 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AUTHORITY OF BOROUGH OF CHARLEROI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF MONESSEN - REHAB DEPT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MON VALLEY SEWAGE AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 276.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 2,037.25 |
|---|---|---|---|---|

TOTAL CLAIMED
| PRIORITY | 310.00 |
|---|---|
| SECURED | 2,303.17 |
| UNSECURED | 276.94 |

Date: 03/14/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com